IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| DAVID CEPEDA JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. DR 98 CA 003 WWJ |
| | § | |
| BEAUMONT WATKINS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On June 28, 2000, the court received an advisory from defendants, through counsel, that they were unable to perfect service of their answer to the plaintiff's amended complaint upon the plaintiff. Upon further order of this court, defendants again attempted to serve a copy of their response upon the plaintiff. Together with proof of failed delivery, defendants have submitted an advisory notifying the court of their inability to comply with the court's orders.

On September 27, 2000, the court issued an order requesting more specific pleadings from the plaintiff. Subsequently, the U.S. Clerk for the Western District of Texas, Del Rio Division, informed the court that its order was returned as undeliverable to the plaintiff at the address currently registered with the court. Since February 8, 2000, the plaintiff has not advised the court of any change in address or contact information.

A district court has the inherent authority to dismiss a case for failure to comply with a court order. Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-33, 82 S.Ct. 1386, 1389-90, 8 L.Ed.2d 734 (1962). This power may be exercised to effect the orderly and expeditious disposition of cases where less severe sanctions are unavailable. *See Jones v. Caddo Parish School Board*, 704 F.2d 206, 214 (5th Cir.1983); *Hejl v. State of Texas*, 664 F.2d 1273,

1274-75 (5th Cir.), *cert. denied*, 456 U.S. 933, 102 S.Ct. 1987, 72 L.Ed.2d 452 (1982).

The inability to proceed with this litigation is directly attributable to plaintiff's failure to notify the court of his current address. Dismissal is clearly warranted under these circumstances. *See Jackson v. Richardson*, 1998 WL 765151 (N.D.Tex.); *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir.1988). Accordingly, the above-entitled and numbered civil action shall be and is hereby,

**DISMISSED**, without prejudice, for want of prosecution. Further, any and all pending motions shall be, and are hereby,

**DENIED**, as moot.

**SIGNED** this 26th day of October, 2000.

William Wayne Justice
Senior United States District Judge